THE LAW OFFICE OF NATHAN D. BORRIS, Esq.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>YVETTE E. LANGFORD-ORTIZ,<br><br>        Debtor<br>_____ | Case No.:<br>Chapter 13<br><br>**DEBTOR'S NOTICE OF CHANGE OF ADDRESS** |

Dear Clerk of the Court:

The Debtor YVETTE E. LANGFORD-ORTIZ hereby requests that her mailing address in the above captioned case be changed to:

    Yvette E. Langford-Ortiz
    1002 Metcalf Road
    San Jose, CA  95138

Dated: February 10, 2019                              <u>/s/ NATHAN D. BORRIS, ESQ.</u>
                                                                Nathan D. Borris, Esq.
                                                                Attorney for Debtor